UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Stephanie L. Stamm,<br>            Debtor.<br><br>_____<br><br>Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-2, Mortgage-Backed Notes, Series 2013-2,<br>            Movant,<br>v.<br><br>Stephanie L. Stamm,<br>       Respondent/Debtor,<br><br><br>Frederick L. Reigle<br>     Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 16-17791/REF |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-2, Mortgage-Backed Notes, Series 2013-2's Objection to Confirmation of Chapter 13 Plan filed with the Court on January 5, 2017.

                                                            Respectfully submitted,


Dated:  August 23, 2017                             BY: /s/ Kevin S. Frankel
                                                            Kevin S. Frankel, Esquire
                                                            Shapiro & DeNardo, LLC
                                                            3600 Horizon Drive, Suite 150
                                                            King of Prussia, PA 19406
                                                            (610)278-6800/ fax (847) 954-4809
S&D File #:17-055360                                PA BAR ID #318323
                                                            pabk@logs.com