# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    STEPHANIE STAMM,    :    Case No. 16-17791 REF
        Debtor    :    Chapter 13

## O R D E R

*AND NOW*, this _____ day of _____, 2018 upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *DENIED* WITHOUT PREJUDICE for failure to provide time records.

        BY THE COURT,

**Date: March 23, 2018**

_____
**RICHARD FEHLING,**
**U.S. BANKRUPTCY JUDGE**