United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17791-ref
Stephanie L. Stamm                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv            Page 1 of 1            Date Rcvd: Mar 23, 2018
                               Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
```
db             +Stephanie L. Stamm,    36 Elkins Avenue,    Reading, PA 19607-2914
cr              AmeriCredit Financial Services, Inc. dba GM Financ,    Arlington, TX  76096
cr             +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association et al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Stephanie L. Stamm NO1JTB@juno.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    STEPHANIE STAMM,   :   Case No. 16-17791 REF
           Debtor      :   Chapter 13

## O R D E R

*AND NOW*, this _____ day of _____, 2018 upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *DENIED* WITHOUT PREJUDICE for failure to provide time records.

                                       BY THE COURT,

**Date: March 23, 2018**

                                       _____
                                       **RICHARD FEHLING,**
                                       **U.S. BANKRUPTCY JUDGE**